UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES LOVE,

        Plaintiff,

vs.

        Case No. 09-CV-13130
        HON. GEORGE CARAM STEEH

GENERAL MOTORS, et al.,

        Defendants.

_____/

ORDER DENYING APPLICATION FOR APPOINTMENT OF COUNSEL

Plaintiff Charles Love filed a complaint and an application for appointment of counsel on August 10, 2009. According to his complaint, plaintiff's action is brought under the Michigan Whistleblowers' Protection Act against General Motors Corporation and the UAW International Local 160. Plaintiff refers to a complaint filed with the Michigan Department of Labor, Wage and Hour Division regarding the practices of defendant General Motors, apparently in the year 2007. Plaintiff explains that he has been on an unpaid medical leave from General Motors since November 30, 2007.

In a civil case, appointment of counsel is not a constitutional right. Lavado v. Keohane, 992 F.2d 601, 605 (6th Cir. 1993). Rather, it is a privilege that is justified only by exceptional circumstances. Id. at 606. The court is to examine the complexity of the factual and legal issues involved, a well as the abilities of the plaintiff to represent himself. Id.

Plaintiff filed a financial affidavit, but has not explained any effort of his own to obtain counsel to represent him in this matter. Plaintiff has not attached the decision of the

Michigan Department of Labor regarding his complaint, nor has he adequately explained the nature of his complaint in this Court.  See <u>Ana Leon T. v. Federal Reserve Bank of Chicago</u>, 823 F.2d 928, 930 (6th Cir. 1987).

For the reasons set forth above, plaintiff's motion for appointment of counsel is hereby DENIED.

SO ORDERED.

Dated:  August 20, 2009

S/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 20, 2009, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk